IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAI HING, 68 Inc., a New Mexico
Corporation and CHING LAM, an
individual,

        Plaintiffs-Counterdefendants,

v.                                                          No. CIV 07-318 BB/LFG

GOLDEN WOK OHIO, LLC, a Nevada
Limited Liability Company, SIZZLING
WOK group of companies d/b/a FAMOUS
WOK USA, Inc., a Delaware Corporation,
MARGE SLATER, an individual,
STACEY JOHNSTON, an individual,
and DOES 1-20 INCLUSIVE,

        Defendants-Counterplaintiffs.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION
### THAT CHING LAM's CLAIMS BE DISMISSED WITH PREJUDICE

THIS MATTER is before the Court on the Magistrate Judge's Report and Recommendation, filed February 20, 2008 [Doc. 50]. In the Report, the Magistrate Judge recommended that Defendants' Motion for Sanctions [Doc. 40] be granted and that Plaintiff Ching Lam's claims be dismissed with prejudice. No objections were filed, and the deadline for doing so has passed. The Court accepts the report and recommended disposition.

IT IS HEREBY ORDERED that the Report and Recommendation of the United States Magistrate Judge is adopted by the Court.

IT IS FURTHER ORDERED that Defendants' Motion for Sanctions [Doc. 40] is GRANTED, and therefore that Plaintiff Ching Lam's claims are DISMISSED, with prejudice.[1]

                                                                     /s/ Bruce D. Black
                                                                     UNITED STATES DISTRICT COURT

---

[1] Future case captions in this case should omit Ching Lam as a Plaintiff.